UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MERCEDES ROJAS,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

Case No. 2:18-CV-538 JCM (NJK)

ORDER

Presently before the court is defendants United States Department of Homeland Security ("DOHS") and Transportation Security Administration's ("TSA") motion to dismiss. (ECF No. 4). Plaintiff Mercedes Rojas filed a response. (ECF No. 5). DOHS and TSA did not file a reply and the time to do so has passed.

Also before the court is defendant United States' motion to stay. (ECF No. 16).

On March 23, 2018, Rojas initiated this action, naming DOHS, TSA, and the United States as defendants. (ECF No. 1). On June 18, 2018, DOHS and TSA file a motion to dismiss for lack of subject matter jurisdiction and failure to state a claim. (ECF No. 4). On July 10, 2018, Rojas filed an amended complaint naming only the United States as a defendant. (ECF No. 6). Accordingly, the court will deny as moot DOHS and TSA's motion to dismiss.

The United States' motion to stay, in which the United States request that the court stay proceedings until Congress restores appropriations, is also moot because Congress has already restored appropriations.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that DOHS and TSA's motion to dismiss (ECF No. 4) be, and the same hereby is, DENIED as moot.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the United States' motion to stay (ECF No. 16) be, and the same hereby is, DENIED as moot.

DATED February 6, 2019.

_____
UNITED STATES DISTRICT JUDGE